```
                                FILED
                                May 24, 2005
                                CLERK, US DISTRICT COURT
                                EASTERN DISTRICT OF
                                CALIFORNIA
                                DEPUTY CLERK
```

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. CR.S-05-0125-MCE |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE OF |
| ) | PERSON IN CUSTODY |
| JACQUELINE BUTLER, ) | |
| ) | |
| Defendant. ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  JACQUELINE BUTLER , Case No.  CR.S-05-0125-MCE , Charge  18USC § 371- Conspiracy to Commit Wire Fraud , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___ Release on Personal Recognizance

___ Bail Posted in the Sum of $_____

    ___ Unsecured Appearance Bond

    ___ Appearance Bond with 10% Deposit

    ___ Appearance Bond with Surety

    ___ Corporate Surety Bail Bond

✔ (Other)   Pretrial Conditions as stated on the record.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  May 24, 2005  at  2:00 pm .

By  /s/ Gregory G. Hollows
Gregory G. Hollows
United States Magistrate Judge

Copy 5 - Court