-UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Case No. 2:05-cr-0125 MCE |
| Plaintiff, | ) | ORDER FOR RELEASE OF |
| v. | ) | PERSON IN CUSTODY |
| | ) | |
| JACQUELINE BUTLER, | ) | |
| | ) | |
| Defendant. | ) | |

**FILED**
May 19, 2006
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
_____
DEPUTY CLERK

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release JACQUELINE BUTLER, Case No. 2:05-cr-0125 MCE, from custody subject to the conditions contained in the minutes of the hearing of May 16, 2006 and for the following reasons:

   __X__   Release on Personal Recognizance

   ____   Bail Posted in the Sum of $_____

       ____   Unsecured Appearance Bond

       ____   Appearance Bond with 10% Deposit

       ____   Appearance Bond with Surety

_____   Corporate Surety Bail Bond

   __x__   (Other)   Conditions as stated on the record

Issued at  Sacramento, CA  on  May 19, 2006  at  2:30 p.m.  .

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE