

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

**M E M O R A N D U M**

FILED
DEC 1 6 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

Honorable Morrison C. England
United States District Judge
Sacramento, California

> RE:   Jacqueline BUTLER
>       DKT# 2:05CR00125-06 MCE
>       <u>RELEASE OF PASSPORT</u>

Your Honor:

On August 9, 2005, Your Honor sentenced the above noted offender following her plea of guilty to a violation of 18 USC 1344 - Bank Fraud. She was sentenced to two days BOP and 36 months of Supervised Release; $100 special assessment and $6,641.18 restitution. Special conditions of probation include: Search and seizure; Financial disclosure; No new credit charges or additional lines of credit; drug and alcohol treatment and Not dispose of or otherwise dissipate assets.

During pre trial supervision, Ms. Butler was asked to forfeit her passport to the clerk's office. Ms. Butler is requesting her passport be returned but the United States District Court Clerk's Office will not return the passport without authorization from the sentencing judge.

Therefore, we are recommending that Your Honor agree to have the United States District Court Clerk's Office release Ms. Butler's passport to her.

Rev. 05/2006
MEMO ~ COURT.MRG

RE: BUTLER, Jacqueline
Docket Number: 2:05CR00125-006
**RELEASE OF PASSPORT**

Respectfully submitted,

/s/

Glenn P. Simon
United States Probation Officer

Dated: December 7, 2009
GPS/ms

REVIEWED BY: /s/Kyriacos M. Simonidis
KYRIACOS M. SIMONIDIS
Supervising United States Probation Officer

---

AGREE: ___X___          DISAGREE: _____

for Morrison C. England
United States District Judge

12-16-2009
DATE