**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

**M E M O R A N D U M**

Honorable Morrison C. England
United States District Judge
Sacramento, California

                                                RE:    Jacqueline BUTLER
                                                                DKT# 2:05CR00125-06
                                                                 **RELEASE OF PASSPORT**

Your Honor:

On August 9, 2005, Your Honor sentenced the above noted offender following her plea of guilty to a violation of 18 USC 1344 - Bank Fraud. She was sentenced to two days BOP and 36 months of Supervised Release; $100 special assessment and $6,641.18 restitution. Special conditions of probation include: Search and seizure; Financial disclosure; No new credit charges or additional lines of credit; drug and alcohol treatment and Not dispose of or otherwise dissipate assets.

During pre trial supervision, Ms. Butler was asked to forfeit her passport to the clerk's office. Ms. Butler is requesting her passport be returned but the United States District Court Clerk's Office will not return the passport without authorization from the sentencing judge.

Therefore, we are recommending that Your Honor agree to have the United States District Court Clerk's Office release Ms. Butler's passport to her.

RE:     BUTLER, Jacqueline
        Docket Number:   2:05CR00125-006
        **RELEASE OF PASSPORT**

Respectfully submitted,

/s/

Glenn P. Simon
United States Probation Officer

Dated:     December 7, 2009
           GPS/ms

**REVIEWED BY:**    /s/Kyriacos M. Simonidis
                    **KYRIACOS M. SIMONIDIS**
                    **Supervising United States Probation Officer**

_____

AGREE: XX_____          DISAGREE: _____

Dated: December 24, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2

Rev. 05/2006
MEMO ~ COURT.MRG